UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER (CHASE) MEINEKE and BILLIE MENDE,<br><br>      Plaintiffs,<br><br>      v.<br><br>COUNTY OF RIVERSIDE, a municipality, RIVERSIDE SHERIFF'S DEPARTMENT, JERRY ABBOTT, an individual, WILLIAM YOUNG, an individual, and DOES 1 through 10,<br><br>      Defendants. | CASE NO. ED CV 09-00905 VAP (OPx)<br><br>[ ~~proposed~~ ]<br><br>**PROTECTIVE ORDER REGARDING DISCLOSURE OF DOCUMENTS FROM LAW ENFORCEMENT PERSONNEL RECORDS** |

**PROTECTIVE ORDER**

Defendant, County of Riverside, shall provide to Peter B. Schlueter, counsel for plaintiffs, a copy of the files maintained by the Professional Standards Bureau of the Riverside Sheriff's Department (Exhibits 5001 - 5183) concerning the officer involved shooting which relates to the subject matter of this case, consisting of the following:

1.    PERS notebook (Exhibits 5001 - 5171); and

2.    The medical file concerning Dep. William Young (Exhibits 5172 - 5183).

The information and documents to be disclosed are subject to the following **Protective Order:**

1.    Counsel for the plaintiffs shall not convey, transfer, publish, distribute, copy,

LEWIS BRISBOIS

1  duplicate or disseminate the information or documents so provided except as
2  may be reasonably necessary for the prosecution of this litigation, by
3  communicating with the parties, or investigators, consultants and experts
4  retained on behalf of the parties in this matter.

5  2.  Prior to the dissemination of any such information or documents pursuant to this
6  order, counsel for the plaintiffs shall inform such person of the terms and
7  conditions of this order and secure such person's agreement to be bound by it.

8  3.  Plaintiffs, plaintiffs' counsel, and plaintiffs' investigators, consultants and
9  experts, are expressly prohibited from utilizing the disclosed information or
10  documents for any purpose other than the prosecution this case, *Spencer (Chase)*
11  *Meineke, et al., v. County of Riverside, et al.*, USDC Case No. ED CV 09-00905
12  VAP (OPx) and the information or documents disclosed shall not be utilized in
13  any other proceeding or litigation, or for any other purpose.

14  4.  Plaintiffs, plaintiffs' counsel, and plaintiffs' investigators, consultants and
15  experts, are expressly prohibited from duplicating, copying or otherwise
16  distributing or disseminating any of the disclosed information or documents to
17  any person or entity other than as necessary in the prosecution of this case.

18  5.  Counsel for each party shall take reasonable precaution to prevent the
19  unauthorized or inadvertent disclosure of any of the protected information or
20  documents.

21  6.  The copies of any records disclosed to counsel for parties pursuant to this Order
22  may be distinctively marked, provided that such marking does not obscure or
23  obliterate the content of any record, and may be stamped with substantially the
24  following language: "CONFIDENTIAL - UNLAWFUL TO DUPLICATE."

25  7.  All personal identifying information shall be redacted from the records
26  produced, without waiver to any party's right to subsequently seek disclosure
27  of such information.

28  8.  This order shall survive the final termination of this action, to the extent that the

**LEWIS
BRISBOIS**

PROTECTIVE ORDER RE DISCLOSURE OF INFORMATION FROM PERSONNEL FILES

1     information or documents disclosed remains confidential and does not become

2     known to the public, and the court shall retain jurisdiction to resolve any dispute

3     concerning the use of the information or documents disclosed herein.

4    9.     Upon final conclusion of the present litigation, all copies of all documents

5     ordered disclosed pursuant to this order shall be returned to counsel for

6     defendant, County of Riverside, for destruction.

7

8    DATED: _____

9                               OSWALD PARADA

                               U.S. MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROTECTIVE ORDER RE DISCLOSURE OF INFORMATION FROM PERSONNEL FILES

LEWIS BRISBOIS